Name: Rockwell Dee Tegoseak

Prison Number: 771464

Place of confinement: Anchorage Correctional Complex-East

Mailing address: 1400 E 4th Ave

City, State, Zip: Anchorage, AK 99501

Telephone: 360-843-7422

RECEIVED

JUN 12 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Rockwell Dee Tegoseak,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Anchorage Police Department, Office of Special prosecutions, Mindy Mitchell, Roland Perez, Lindsey Marguigan, Julia McCartney

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:26-cv-00234-SLG

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Rockwell Tegoseak,

(print your name)

who presently resides at Anchorage Correctional Complex - East,

(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

<u>Claim 1</u>: On or about _____, my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Prisoner § 1983 - 3<br>PS01, Nov. 2013

<u>Claim 2</u>: On or about _____, my civil right to

(Date)

_____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983 - 4<br/>PS01. Nov. 2013

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# 1. Claim (Fraud)
(between 11:30pm - 12:30AM)

A. 3/11/25 Rosendo Perez violated my 5th Amdt right to not self-incriminate by entrapment, in the same scenario utilizes coercion another 5th Amdt right against compulsion to elicit a response to request. She (Perez) then utilizes Criminal Omission to enable use of response to deprive me of my liberty and life through utilization for probable cause. As an agent acting on behalf of APD, and APD's negligence in continued permittence of such deceptive methods knowingly or unknowingly, I hold Anchorage Police Department responsible as well as it's agents personally involved.

B. Between the dates of 3/11/25 & return of Grand Jury Indictment, on behalf of O.S.P. (Office of Special Prosecutions), Lindsey Maguigan & Julia McCartney worked w/ agents of A.P.D. (Anchorage Police Dep't) Mindy Mitchell and Rosendo Perez to fraudulently re-create sworn statements to aid in use with the fabricated probable cause; concealing original furthering intent to follow through in violating my fourteenth amendment.

C. A.P.D. agents Rosendo Perez & Mindy Mitchell as well as O.S.P. agents Lindsey Maguigan knew the statements false in their intent to initiate legal process resulting in violating my due process by circumvention of preliminary hearing utilizing civil procedure to ensure I do not have a chance to confront my accuser.

D. Their efforts of combined agencies A.P.D./O.S.P. caused irreparable injury in use of such egregious deception to obtain my freedom by actions of Rosendo Perez, Mindy Mitchell, Lindsey Maguigan and Mindy Mitchell.

# 2. Claim (Misrepresentation)

A. A.P.D. agents Rosendo Perez and Mindy Mitchell intended to utilize the false info provided to O.S.P. agents Lindsey Maguigan and Julia McCartney; out of context, without explanation, throughout the prosecution process. Including mitigative evidence left out of discovery (unprovided to Defense) delivered by O.S.P. agent April 1st/2nd of 2025 (Agent unknown) via text message to 907-727-0285 (cunningham) to prejudice my defense, to isolate me, and involve untrustworthy third parties.

Severly violating my due process.

B. By use of text msgs out of context, pre-warrant acquisition from defendant and false material evidence in the form of utilization of jail calls out of context, made to purpose by O.S.P. agent McCartney to violate my first amendment right of communication, by unsubstantiated claims and false information to the tribune. By the use of the same info in the same hearing to obtain "preventative detention", violated my eighth amendment right not to have excessive bail, to prevent and intimidate communication to third party (my mother); but also by creation of the evidence outside of DA'role, presented to Judge Saxby April 5th, 2025 (jailcalls) violated FAMILY

my due process in disabling my ability to bail out and frame my defense, and adding charges of and by unsubstantiated foundation to dissuade my contacts Implying "talking w/ him will increase charges & bail amount".

C. A.P.D & O.S.P. and their agents Rosendo Perez, Mindy Mitchell, Lindsey Maguigan, and Julia McCartney by use of fraudulent probable cause, usage of made material evidence compounded my injuries by deprivation of my life and opportunity to proceed in equity with confidence and trust in local government and law enforcement.

3. Claim (False Arrest)

A. A.P.D. agents Rosendo Perez & Mindy Mitchell unlawfully restrained me by use of maliciously obtained info. through violating fifth amendment (entrapment) and use of (coercion), also violating my fourth amendment by chain of custody of cell phone (pre-warrant search) that compromised cellebrite extraction, as well as use, and intent to obtain info prior to warrant being served.

B. Due to conduct by combined agencies and the efforts of their agents Rosendo Perez, Mindy Mitchell, Lindsey Maguigan, and Julia McCartney He spent an appreciable time pre-trial, incarcerated, violating my fourteenth amendment right to speedy trial and forced there was at the sole of my consent),

or signature permittance of such a motion as required by multiple criminal and civil procedures; as well as every other possible aspect of due process by doing so.

C. I was taken into custody after denial of my sixth amendment invocation for counsel by A.P.D's agent Rosendo Perez, with no hope of escape or knowledge at the time of legal premise that would avoid undue incarceration.

4. Claim (False Imprisonment)

A. By the efforts of A.P.D. & O.S.P.'s agents utilization of fabricated material evidence intended for the initiation of legal process, resulting in my incarceration 3/12/25. Each day thereafter a violation of my due process, depriving me of life and liberty I have a birth right to, by allegiance.

B. I was confined to Anchorage Jail 3/12/25, where upon booking I was stripped and placed into a holding cell no bigger than 5'x8'. This holding cell was 50°, had puke, urine and feces surrounding the toilet, on the toilet and in the sink. Had it not been by offensive deceitful conduct of Perez & A.P.D's negligence in the diligence of their officers integrity in carrying out their duties as sworn public servants I would not have been subjected to such treatment that included REFUSAL of mandatory medication (blood thinners), offered moldy food and provided sour clumpy milk; starved, cold, w/ high blood pressure for two full days. I could have had a heart attack/stroke.

5. Claim (Malicious Prosecution)

A. O.S.P. and their agents Julia McCartney & Lindsey Maguigan' combined efforts in fabrication of complaints, the narrative utilized to the purpose of buttressing the 'probable cause' to forego felony preliminary hearing in combining complaint w/ probable cause violated my due process right of confrontation, resulting in undue incarceration and continued pursuit by unfounded causation.

B. By the assistance of A.P.D.'s Rosendo Perez and Mindy Mitchell provided to O.S.P.'s Julia McCartney & Lindsey Maguigan; criminal charges were brought against me.

C. McCartney & Maguigan violated their constitutional duty to adhere to speedy trial in reluctance of anticipation of difficulties in obtaining conviction lacking the burden of proof necessary for reasonable doubt.

D. O.S.P/A.P.D agents; McCartney, Maguigan, Perez, and Mitchell knew complaint and probable cause fraudulent as they made concerted efforts together to create them in meeting their goal.

Their knowledge of this is validated as a method [frequently used] in obtaining victims of malicious prosecution or unwilling criminals by the statement of P.D.A. (Public Defender Agency) investigator; Ruby Zipeo, obtained via phone call 5/29/26 stating: "not to make any excuses for The State, but they do that to people all the time". Given in response to my mention that my attorney had disclosed to me what the State had used for probable cause, and referred to the mitigative evidence prior to what is being used (the texts between K.H. and I) from 3/11/25 11:30pm - 12:30am.

E. A.P.D.'s negligence of Rosendo Perez' intentional utilization of specific material evidence out of context, brought upon all the conditions I've faced in the last 454 days. Given context, use of the specified exhibit of "texts" would be invalidated. By generalized terms, there would be no probable cause. This action by A.P.D. and it's officers violated my fourteenth amendment in whole.

Additionally: Mindy Mitchell upon executing Cellebrite Extraction 3/24/25 did not tailor it to S.W. particulars. This was done deliberately, known by her renaming (the title) of the extraction particulars, not tailoring the results themselves. A flagrant disregard of my fourth amendment and known as well to be evidence tampering.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, Anchorage Police Department is a citizen of
_____(name)_____

Alaska , and is employed as a Law enforcement agency .
(state)                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_X_The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, Office of Special Prosecutions is a citizen of
_____(name)_____

Alaska , and is employed as a Prosecutions Agency .
(state)                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_X_The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, Rosendo Perez is a citizen of
_____(name)_____

Alaska , and is employed as a Detective .
(state)                              (defendant's government position/title)

_X_This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Mindy Mitchell__ is a citizen of
(name)
__Alaska__, and is employed as a __Detective__.
(state)                                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**

____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Julia McCartney__ is a citizen of
(name)
__Alaska__, and is employed as a __Assisting Prosecuting Attorney__
(state)                                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**

____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Lindsey Maguigan__ is a citizen of
(name)
__Alaska__, and is employed as a __Prosecuting Attorney__.
(state)                                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**

____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes _____ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7

PSO1. Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $12,800,000

2. Punitive damages in the amount of $ 400,000

3. An order requiring defendant(s) to Stop deceiving the Public and capitalizing through subversive methods.

4. A declaration that "The State does not allow us to get certain subpoenas prior to trial"- Ruby Zipco 5/29/20 via securus

5. Other: Stop lying to defendants Families to isolate the Defendant.

Plaintiff demands a trial by jury. _____ Yes _____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage Correctional Complex-East on 6/9/20

(Location)                       (Date)

_____

(Plaintiff's Signature)

_____      _____

Original Signature of Attorney (if any)           (Date)

_____

_____

_____

Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS04 Nov. 2013

111464 Rockwell Kegoreak
Anchorage Correctional Complex-East
1400 E 4th, Anchorage AK, 99501


quadient
FIRST-CLASS MAIL
IMI
$002.72⁹
06/10/2026 ZIP 99501
043M31237346
US POSTAGE

LEGAL & CONFIDENTIAL

Federal Building & U.S Courthouse
Attn: Clerk of the Court
222 W 7th ave #4
Anchoraga, AK, 99513

Anchorage
Correctional Complex
This mail was sent by an
inmate at an Alaska jail.
Please do not send cash in
the mail.

6/9/26